PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    No. 09-45998 RE

**RICHARD DAVID NUTT and**                Chapter 13
**NANCY ANN NUTT,**
                                          EX PARTE APPLICATION FOR LIEN
                    Debtors.              STRIP FEE; TRUSTEE'S CONSENT
_____/

The undersigned hereby applies for an order as follows:

1. I am counsel for the above-captioned Debtors.

2. On May 19, 2011, the court entered the order valuing the lien of Bank of America as successor in interest to Capital One Home Loans, LLC.

3. Debtors' counsel prays for an order allowing the additional flat fee of $1,500.00, to be paid through Debtors' Chapter 13 plan.

Dated: May 31, 2011                       /s/ Patrick L. Forte
                                          PATRICK L. FORTE
                                          Attorney for Debtors

**Trustee's Consent**

I consent to the above application.

Dated: June 22, 2011                      /s/ Martha G. Bronitsky
                                          MARTHA G. BRONITSKY
                                          Chapter 13 Trustee

Page 1 of 1