CASPER J. RANKIN (SBN 249196)
MEGAN E. LEES (SBN 277805)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (858) 412-2704
E-mail: bkloanmod@piteduncan.com

Attorneys for Movant
Federal National Mortgage Association, c/o Seterus, Inc.

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 09-45998-RLE |
| RICHARD DAVID NUTT AND NANCY ANN NUTT, | Chapter 13 |
| Debtors. | **MOTION FOR COURT CONSENT TO ENTER INTO LOAN MODIFICATION AGREEMENT** |
| | [B.L.R. 9014-1(b)(3)] |
| | 1300 Clay Street, Suite 300 Oakland, CA 94612 |

**COMES NOW,** Federal National Mortgage Association, c/o Seterus, Inc. ("Movant"), by and through its attorneys of record, Pite Duncan, LLP, and respectfully requests that this Court provide consent for Richard David Nutt and Nancy Ann Nutt ("Debtors") and Movant to enter into and finalize a loan modification agreement with respect to the first deed of trust on the real property located at 5415 Geronimo Court, Antioch, California 94531 (the "Subject Property"). The Loan Modification Agreement provides for a deferred principal balance. A copy of the Loan Modification Agreement is attached hereto as **Exhibit A** and incorporated herein by reference.

## STATEMENT OF FACTS

On or about October 17, 2005, Debtors executed a promissory note in favor of JPMorgan Chase Bank, N.A. ("Lender") in the principal sum of $359,650.00 (the "Note"). A copy of the Note is attached hereto as **Exhibit B** and incorporated herein by reference.

- 1 -

The Note is secured by a recorded deed of trust (the "Deed of Trust[1]") encumbering the Subject Property. A copy of the Deed of Trust is attached hereto as **Exhibit C** and incorporated herein by reference.

Subsequently, Lender indorsed the Note in blank thereby converting the Note to a bearer instrument. See Exhibit B. Movant, directly or through an agent, is in possession of the original promissory note indorsed in blank.

On or about July 6, 2009, Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California, Oakland Division, and were assigned case number 09-45998-RLE.

The Loan Modification Agreement terms are described more fully below:

| **Original Loan Terms** | | **Modified Loan Terms** | |
|---|---|---|---|
| **Principal Balance** | $326,030.53 | **Principal Balance** | $329,614.24 |
| **Deferred Principal Balance** | N/A | **Deferred Principal Balance** | $76,499.22 |
| **Total Monthly P&I Payment** | $1,291.91 | **Total Monthly P&I Payment** | $1,057.87 |
| **Total Monthly Payment (including escrow impounds)** | $1,813.63 (including $521.72 monthly escrow payment) | **Total Monthly Payment (including escrow impounds)** | $1,563.08 (including $505.21 monthly escrow payment) |
| **Maturity Date** | November 1, 2035 | **Maturity Date** | April 1, 2053 |
| **Term of Note** | 360 months | **Term of Note** | 480 months |
| **Interest Rate** | 2.000% | **Interest Rate** | 4.000% |
| **Fixed or Adjustable** | Adjustable | **Fixed or Adjustable** | Fixed |

| Years | Interest Rate | Total P&I Payment |
|---|---|---|
| **1-Maturity** | 4.000% | $1,057.87 |

---

1 The Note and Deed of Trust are collectively referred to herein as the "Subject Loan."

Case: 09-45998    Doc# 58    Filed: 06/27/13    Entered: 06/27/13 14:34:53    Page 2 of 4

1    Movant is requesting the Court's permission to enter into the attached Loan Modification
2    Agreement and modify the Loan accordingly.
3        **WHEREFORE,** Movant prays for judgment as follows:
4    1.  For an Order approving the Debtors and Movant to enter into and finalize a Loan
5        Modification Agreement, and for Movant to record such agreement with the appropriate
6        county recorder's office;
7    2.  Movant retains the right of final approval of the terms of Debtors' loan modification; and
8    3.  For such other relief as this Court deems just and proper.

Dated: June 27, 2013                    PITE DUNCAN, LLP

                                        By:_____
                                        MEGAN E. LEES (SBN 277805)
                                        Attorneys for Movant Federal National Mortgage
                                        Association, c/o Seterus, Inc.

- 3 -

# COVER SHEET FOR APPLICATION TO APPROVE
# LOAN MODIFICATION

Richard David Nutt and Nancy Ann Nutt     09-45998-RLE
Debtors                                     Bankruptcy Case No.

Federal National Mortgage Association, c/o Seterus,
Inc.                                        13
Movant                                      Chapter

     ☐ Motion to Permit Lender to Enter into Negotiations with Debtor(s)
     ☐ Motion to Approve Trial Period Payments
     ☒ Motion to Approve Final Loan Modification

Property involved in this Motion: 5415 Geronimo Court, Antioch, California 94531

| Original Loan Terms | |
|---|---|
| Principal Balance: | $326,030.53 |
| Deferred Principal Balance | N/A |
| Total Monthly P&I Payment: | $1,291.91 |
| Total Monthly Payment (including escrow impounds): | $1,813.63 (including $521.72 monthly escrow payment) |
| Maturity Date: | November 1, 2035 |
| Term of Note : | 360 months |
| Interest Rate: | 2.000% |
| Fixed or Adjustable: | Adjustable |

| Modified Loan Terms | |
|---|---|
| Principal Balance: | $329,614.24 |
| Deferred Principal Balance | $76,499.22 |
| Total Monthly P&I Payment: | $1,057.87 |
| Total Monthly Payment (including escrow impounds): | $1,563.08 (including $505.21 monthly escrow payment) |
| Maturity Date: | April 1, 2053 |
| Term of Note: | 480 months |
| Interest Rate: | 4.000% |
| Fixed or Adjustable: | Fixed |
| Step Payment chart: | Escrow Impounds ☒<br>No Impounds ☐ |

Additional Considerations:

Deferred principal balance of $76,499.22.

Monthly escrow payments of $505.21.

Payments of $1,057.87 in monthly principal and interest at a fixed rate of 4.000%.

| Years | Interest Rate | Total P&I Payment |
|---|---|---|
| 1-Maturity | 4.000% | $1,057.87 |